# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: SCHWARTZ, LINDA D. | § | Case No. 11-34212 |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 22, 2011. The undersigned trustee was appointed on August 22, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $          19,649.37

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 14,742.84 |
| Bank service fees | 715.52 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]     $ | 4,191.01 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/07/2012 and the deadline for filing governmental claims was 06/07/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,605.76. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,605.76, for a total compensation of $2,605.76.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/29/2014        By: /s/RICHARD J. MASON
                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-34212  
**Case Name:** SCHWARTZ, LINDA D.  

**Period Ending:** 12/29/14

**Trustee:** (330470) RICHARD J. MASON  
**Filed (f) or Converted (c):** 08/22/11 (f)  
**§341(a) Meeting Date:** 09/22/11  
**Claims Bar Date:** 06/07/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 6015 Lakeside Place, #102, Tinley Park, Illinois<br>Imported from original petition Doc# 1 | 104,100.00 | 104,100.00 | | 0.00 | FA |
| 2 | 13441 Novajo Tr., Homer Glen, Illinois 60491 50%<br>Imported from original petition Doc# 1 | 285,000.00 | 285,000.00 | | 0.00 | FA |
| 3 | 12320-12330 143rd Street, Homer Glen, Illinois 6<br>Imported from original petition Doc# 1 | 930,000.00 | 930,000.00 | | 0.00 | FA |
| 4 | 5512 Wilson, Monee, Illinois 50% Owner<br>Imported from original petition Doc# 1 | 145,000.00 | 145,000.00 | | 0.00 | FA |
| 5 | 17820 Graphics Drive, Tinley Park, Illinois 6047<br>Imported from original petition Doc# 1 | 2,500,000.00 | 2,500,000.00 | | 0.00 | FA |
| 6 | 9031 Lincoln Highway, Frankfort, Illinois, Vacan<br>Imported from original petition Doc# 1 | 687,500.00 | 687,500.00 | | 0.00 | FA |
| 7 | Manteno Point, Route 50, Manteno, Illinois, Trai<br>Imported from original petition Doc# 1  (See Footnote) | 168,000.00 | 168,000.00 | | 19,649.37 | FA |
| 8 | 10700 Route 30, Frankfort, Illinois 25% Owner<br>Imported from original petition Doc# 1 | 750,000.00 | 750,000.00 | | 0.00 | FA |
| 9 | Charles Schwab<br>Imported from Amended Doc#: 9 | 700.00 | 0.00 | | 0.00 | FA |
| 10 | MB Financial - Checking<br>Imported from Amended Doc#: 9 | 300.00 | 0.00 | | 0.00 | FA |
| 11 | MB Financial - Savings<br>Imported from Amended Doc#: 9 | 2,600.00 | 0.00 | | 0.00 | FA |
| 12 | Miscellaneous Household items<br>Imported from Amended Doc#: 9 | 2,000.00 | 1,600.00 | | 0.00 | FA |
| 13 | Everyday Clothing<br>Imported from Amended Doc#: 9 | 600.00 | 0.00 | | 0.00 | FA |
| 14 | Bracelet, Watch Earrings<br>Imported from Amended Doc#: 9 | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 15 | AXA Equitable Annuity<br>Imported from Amended Doc#: 9 | 50,000.00 | 0.00 | | 0.00 | FA |
| 16 | Midwest Animal Hospital 401(k) | 600.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 11-34212  
**Case Name:** SCHWARTZ, LINDA D.  

**Trustee:** (330470) RICHARD J. MASON  
**Filed (f) or Converted (c):** 08/22/11 (f)  
**§341(a) Meeting Date:** 09/22/11  

**Period Ending:** 12/29/14  
**Claims Bar Date:** 06/07/12  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Imported from Amended Doc#: 9 | | | | | |
| 17  SEP IRA<br>Imported from Amended Doc#: 9 | 130,000.00 | 0.00 | | 0.00 | FA |
| 18  ROTH IRA<br>Imported from Amended Doc#: 9 | 18,000.00 | 0.00 | | 0.00 | FA |
| 19  Network Property Management, LLC<br>Imported from Amended Doc#: 9 | 0.00 | 0.00 | | 0.00 | FA |
| 20  2009 Nissan Altima<br>Imported from Amended Doc#: 9 | 17,275.00 | 15,247.00 | | 0.00 | FA |
| 20  Assets  Totals (Excluding unknown values) | $5,793,675.00 | $5,588,447.00 | | $19,649.37 | $0.00 |

RE PROP# 7    Balance due on Agmt: $50,378.44.State and County Transfer Taxes:$300;Survey-Tyson Engineering: $1,700.00;Seller's attorney fees -Newman, Boyer &Statham:$1,850; Owner's title insurance:$1,200;Seller's title insurance fees:$422.00 and 2010 real estate taxes-Kankakee County Clerk:$5,6077.69. Net amount due Seller:$39,298.75. One-half goes to the Trustee and the one-half goes to Howard Schwartz.

**Major Activities Affecting Case Closing:**

We are preparing a Motion to Deem Interim Fee Compensation Final - 12/4/14

We are preparing a Motion to Deem Interim Fee Compensation Final - 12/4/14.

**Initial Projected Date Of Final Report (TFR):** May 1, 2013    **Current Projected Date Of Final Report (TFR):** December 15, 2014

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 11-34212 | **Trustee:** | RICHARD J. MASON (330470) |
| **Case Name:** SCHWARTZ, LINDA D. | **Bank Name:** | The Bank of New York Mellon |
| | **Account:** | ****-******32-66 - Checking Account |
| **Taxpayer ID #:** **-***4069 | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** 12/29/14 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/23/12 | {7} | Freedom Title Corporation Escrow Settlement Account | Balance due on Agmt: $50,378.44;State and County Transfer Taxes:$300.00;Survey-$1,700.00; Seller's atty. fees-$1,850.00;Owner's title Insurance-$1,200.00;Seller's title insurance fees-$422.00;2010 real estate taxes-$5,607.69 | 1110-000 | 19,649.37 | | 19,649.37 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 19,624.37 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.21 | 19,584.16 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 38.79 | 19,545.37 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 44.06 | 19,501.31 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 38.62 | 19,462.69 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 42.54 | 19,420.15 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 41.12 | 19,379.03 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 37.06 | 19,341.97 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 43.59 | 19,298.38 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 39.54 | 19,258.84 |
| 12/13/12 | 101 | McGuire Woods, LLP | Interim Fee Application | | | 7,980.47 | 11,278.37 |
| | | | 7,970.00 | 3110-000 | | | 11,278.37 |
| | | | 10.47 | 3120-000 | | | 11,278.37 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033047088 20121220 | 9999-000 | | 11,278.37 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 19,649.37 | 19,649.37 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 11,278.37 | |
| | | | **Subtotal** | | 19,649.37 | 8,371.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$19,649.37** | **$8,371.00** | |

{} Asset reference(s)

Printed: 12/29/2014 11:53 AM    V.13.15

Exhibit B

## Form 2
### Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-34212  
**Case Name:** SCHWARTZ, LINDA D.  
**Taxpayer ID #:** **-***4069  
**Period Ending:** 12/29/14  

**Trustee:** RICHARD J. MASON (330470)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4866 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 11,278.37 | | 11,278.37 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.58 | 11,256.79 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.80 | 11,238.99 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.08 | 11,223.91 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.60 | 11,208.31 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.19 | 11,191.12 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.63 | 11,174.49 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.99 | 11,159.50 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.65 | 11,141.85 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.02 | 11,125.83 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.46 | 11,110.37 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.57 | 11,092.80 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.89 | 11,077.91 |
| 12/18/13 | 10102 | McGuire Woods, LLP | Second Application for Compensation and Reimbursement of Expenses | | | 4,758.60 | 6,319.31 |
| | | | McGuireWoods LLP    4,600.00 | 3110-000 | | | 6,319.31 |
| | | | McGuireWoods LLP    158.60 | 3120-000 | | | 6,319.31 |
| 12/23/13 | 10103 | Horwich Coleman Levin, LLC | Compensation to Horwich Coleman Levin, LLC | 3410-000 | | 2,000.00 | 4,319.31 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.53 | 4,304.78 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,294.78 |
| 02/27/14 | 10104 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/27/2014 FOR CASE #11-34212, Bond # 016026455 | 2300-000 | | 3.77 | 4,291.01 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,281.01 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,271.01 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,261.01 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,251.01 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,241.01 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,231.01 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,221.01 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,211.01 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,201.01 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,191.01 |

Subtotals :    $11,278.37    $7,087.36

{} Asset reference(s)

Printed: 12/29/2014 11:53 AM    V.13.15

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 11-34212 | | **Trustee:** | RICHARD J. MASON (330470) |
| --- | --- | --- | --- | --- |
| **Case Name:** | SCHWARTZ, LINDA D. | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******4866 - Checking Account |
| **Taxpayer ID #:** | **-***4069 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 12/29/14 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | **ACCOUNT TOTALS** | | **11,278.37** | **7,087.36** | **$4,191.01** |
| | | | Less: Bank Transfers | | 11,278.37 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **7,087.36** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$7,087.36** | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| --- | --- | --- | --- |
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ****-******32-66** | 19,649.37 | 8,371.00 | 0.00 |
| **Checking # ******4866** | 0.00 | 7,087.36 | 4,191.01 |
| | $19,649.37 | $15,458.36 | $4,191.01 |

## Exhibit C

### Case:  11-34212   SCHWARTZ, LINDA D.

**Case Balance:** $4,191.01    **Total Proposed Payment:** $4,191.01    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 2 | BMO Harris Bank, N.A. f/k/a Harris N.A. | Secured | 3,237,913.47 | 0.00 | 0.00 | 0.00 | 0.00 | 4,191.01 |
|   | McGuireWoods LLP <br> <3120-00  Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 169.07 | 169.07 | 169.07 | 0.00 | 0.00 | 4,191.01 |
|   | McGuireWoods LLP <br> <3110-00  Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 12,570.00 | 12,570.00 | 12,570.00 | 0.00 | 0.00 | 4,191.01 |
|   | RICHARD J. MASON <br> <2100-00  Trustee Compensation> | Admin Ch. 7 | 2,605.76 | 2,605.76 | 0.00 | 2,605.76 | 2,605.76 | 1,585.25 |
|   | Horwich Coleman Levin, LLC <br> <3410-00  Accountant for Trustee Fees (Other Firm)> | Admin Ch. 7 | 2,000.00 | 2,000.00 | 2,000.00 | 0.00 | 0.00 | 1,585.25 |
| 1 | Discover Bank | Unsecured | 491.70 | 491.70 | 0.00 | 491.70 | 491.70 | 1,093.55 |
| 1I | Discover Bank | Unsecured | 1.82 | 1.82 | 0.00 | 1.82 | 1.82 | 1,091.73 |
| SURPLUS | SCHWARTZ, LINDA D. | Unsecured | 1,091.73 | 1,091.73 | 0.00 | 1,091.73 | 1,091.73 | 0.00 |
|   | **Total for Case 11-34212 :** |   | **$3,256,843.55** | **$18,930.08** | **$14,739.07** | **$4,191.01** | **$4,191.01** |   |

### CASE SUMMARY

|   | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $17,344.83 | $17,344.83 | $14,739.07 | $2,605.76 | 100.000000% |
| **Total Secured Claims :** | $3,237,913.47 | $0.00 | $0.00 | $0.00 | 0.000000% |
| **Total Unsecured Claims :** | $1,585.25 | $1,585.25 | $0.00 | $1,585.25 | 100.000000% |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 11-34212
Case Name: SCHWARTZ, LINDA D.
Trustee Name: RICHARD J. MASON

**Balance on hand:** $ 4,191.01

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | BMO Harris Bank, N.A. f/k/a Harris N.A. | 3,237,913.47 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 4,191.01

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD J. MASON | 2,605.76 | 0.00 | 2,605.76 |
| Attorney for Trustee, Fees - McGuireWoods LLP | 12,570.00 | 12,570.00 | 0.00 |
| Attorney for Trustee, Expenses - McGuireWoods LLP | 169.07 | 169.07 | 0.00 |
| Accountant for Trustee, Fees - Horwich Coleman Levin, LLC | 2,000.00 | 2,000.00 | 0.00 |

Total to be paid for chapter 7 administration expenses:  $ 2,605.76
Remaining balance:  $ 1,585.25

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $ 0.00
Remaining balance:  $ 1,585.25

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 1,585.25 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 491.70 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 491.70 | 0.00 | 491.70 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 491.70 |
| Remaining balance: | $ | 1,093.55 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 1,093.55 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: **$** 1,093.55

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5).  Funds available for interest are $1.82.  The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 1,091.73.

**UST Form 101-7-TFR (05/1/2011)**