# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: SCHWARTZ, LINDA D. | § Case No. 11-34212 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that RICHARD J. MASON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Office of Court Clerk
    U.S. Bankruptcy Court
    219 S Dearborn
    Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 02/24/2015 in Courtroom 644, United States Courthouse, 219 S Dearborn
Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 01/20/2015          By: /s/ Richard J. Mason
                                                                                      Trustee

RICHARD J. MASON
77 West Wacker Drive
Suite # 4100
Chicago, IL  60601-1815
(312) 750-3597

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: SCHWARTZ, LINDA D.    § Case No. 11-34212
　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　§

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $   19,649.37 |
| *and approved disbursements of* | $   15,458.36 |
| *leaving a balance on hand of* [1] | $   4,191.01 |
| **Balance on hand:** | $   4,191.01 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | BMO Harris Bank, N.A. f/k/a Harris N.A. | 3,237,913.47 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $   0.00 |
| Remaining balance: | $   4,191.01 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD J. MASON | 2,605.76 | 0.00 | 2,605.76 |
| Attorney for Trustee, Fees - McGuireWoods LLP | 12,570.00 | 12,570.00 | 0.00 |
| Attorney for Trustee, Expenses - McGuireWoods LLP | 169.07 | 169.07 | 0.00 |
| Accountant for Trustee, Fees - Horwich Coleman Levin, LLC | 2,000.00 | 2,000.00 | 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $   2,605.76 |
| Remaining balance: | $   1,585.25 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 1,585.25 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 1,585.25 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 491.70 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 491.70 | 0.00 | 491.70 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 491.70 |
| Remaining balance: | $ | 1,093.55 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 1,093.55 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 1,093.55 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $1.82. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 1,091.73.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/RICHARD J. MASON
Trustee

RICHARD J. MASON
77 West Wacker Drive
Suite # 4100
Chicago, IL  60601-1815
(312) 750-3597

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 11-34212-PSH
Linda D. Schwartz                                                     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: rgreen            Page 1 of 2           Date Rcvd: Jan 20, 2015
                            Form ID: pdf006        Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 22, 2015.
```
db         +Linda D. Schwartz,    6015 Lakeside Place, Unit 102,    Tinley Park, IL 60477-1980
18870970   +BMO Harris Bank, N.A. f/k/a Harris N.A.,    Colleen E. McManus c/o Carlson Dash, LLC,
             216 S. Jefferson St., Suite 504,    Chicago, Illinois 60661-5698
17698025   +Bayview Loan Servicing, LLC,    Colleen E. McManus,    CARLSON DASH, LLC,
             216 S. Jefferson St., Suite 504,    Chicago, IL 60661-5698
17698026   +Chase Manhattan Mortgage,    Chase Card Services,    Po Box 15298,    Wilmington, DE 19850-5298
17698027   +Check Systems, Inc.,    Attn: Customer Relations,    7805 Hudson Road, Ste 100,
             Woodbury, MN 55125-1703
17698028   +Citizens Bank,    480 Jefferson Blvd,    Rje 135,    Warwick, RI 02886-1359
17698030   +Dr. Veldman,    18210 South Lagrange Road Suite 200,    Tinley Park, IL 60487-7725
17698031    Equifax Information Services, LLC,    P.O. Box 740256,    Atlanta, GA 30374-0256
17698032    Experian,    P.O. Box 9701,    Allen, TX 75013-9701
17698033   +Federated Bank,    107 N. Chestnut, PO Box B,    Onarga, IL 60955-0169
17771005   +Gayle Schwartz,    7820 Graphic Drive, #105,    Tinley Park, IL 60477-6275
17698035   +Gmac Mortgage,    315 E Eisenhower Pkwy St,    Ann Arbor, MI 48108-3350
17698036   +Gregory Bernard Jumbeck,    116 N. Chicago Street Suite 555,    Joliet, IL 60432-4286
17771006   +Howard Schwartz,    7820 Graphic Drive # 105,    Tinley Park, IL 60477-6275
17771007   +Jeff Schwartz,    7820 Graphic Drive #105,    Tinley Park, IL 60477-6275
17698037   +Nissan Motor Acceptanc,    Po Box 660360,    Dallas, TX 75266-0360
17698038   +Roundpoint Mtg,    5032 Parkway Plaza Blvd,    Charlotte, NC 28217-1918
17771008   +Susan Lux,    7820 Graphic Drive #105,    Tinley Park, IL 60477-6275
17698039   +TransUnion Consumer Solutions,    P.O. Box 2000,    Chester, PA 19016-2000
17698040   +Walter Flor, DDS,    18340 Governors Highway,    Homewood, IL 60430-2910
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty        +E-mail/Text: Ebrooks@mcguirewoods.com Jan 21 2015 02:11:06      McGuire Woods LLP,
             77 W Wacker Dr., Ste 4100,    Chicago, IL 60601-1818
18618397    E-mail/PDF: mrdiscen@discoverfinancial.com Jan 21 2015 02:15:49      Discover Bank,
             DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
17698029   +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 21 2015 02:15:49      Discover Fin,
             Attention:  Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
17698034   +E-mail/Text: fmb.bankruptcy@firstmidwest.com Jan 21 2015 02:13:10      First Midwest Bank/na,
             12600 S Harlem Ave,    Palos Heights, IL 60463-1491
20722331    E-mail/PDF: gecsedi@recoverycorp.com Jan 21 2015 02:15:17      GE Capital Retail Bank,
             (CareCredit/GECRB),    c/o Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
                                                                                              TOTAL: 5
```

          ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
```
17844945   ##+Estelle Schwartz,    Gelt LLC,    8836 Crystal River Drive,    Indianapolis, IN 46240-6434
17844944   ##+Estelle Schwartz,    8836 Crystal River Drive,    Indianapolis, IN 46240-6434
                                                                                TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 20, 2015 at the address(es) listed below:
```
          Colleen E McManus    on behalf of Creditor    Bayview Loan Servicing LLC cmcmanus@carlsondash.com,
           knoonan@carlsondash.com;kcarlson@carlsondash.com;asharp@carlsondash.com
          Colleen E McManus    on behalf of Creditor    BMO Harris Bank NA cmcmanus@carlsondash.com,
           knoonan@carlsondash.com;kcarlson@carlsondash.com;asharp@carlsondash.com
          John F. Pollick    on behalf of Trustee Richard J Mason jpollick@mcguirewoods.com
```

```
District/off: 0752-1           User: rgreen                 Page 2 of 2                  Date Rcvd: Jan 20, 2015
                               Form ID: pdf006              Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Kurt M Carlson   on behalf of Creditor   BMO Harris Bank NA kcarlson@carlsondash.com, knoonan@carlsondash.com
          Martin J Wasserman   on behalf of Creditor   BMO Harris Bank NA mwasserman@carlsondash.com, knoonan@carlsondash.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Paul  Catanese   on behalf of Trustee Richard J Mason pcatanese@mcguirewoods.com, docket@mcguirewoods.com
          Paul  Catanese   on behalf of Spec. Counsel Paul J. Catanese pcatanese@mcguirewoods.com, docket@mcguirewoods.com
          Paul  Catanese   on behalf of Spec. Counsel   McGuireWoods LLP pcatanese@mcguirewoods.com, docket@mcguirewoods.com
          Richard J Mason   on behalf of Spec. Counsel John F. Pollick rmason@mcguirewoods.com, docket@mcguirewoods.com;cgunderson@mcguirewoods.com;jbrehm@mcguirewoods.com
          Richard J Mason   on behalf of Spec. Counsel   McGuireWoods LLP rmason@mcguirewoods.com, docket@mcguirewoods.com;cgunderson@mcguirewoods.com;jbrehm@mcguirewoods.com
          Richard J Mason   on behalf of Spec. Counsel Paul J. Catanese rmason@mcguirewoods.com, docket@mcguirewoods.com;cgunderson@mcguirewoods.com;jbrehm@mcguirewoods.com
          Richard J Mason   rmason@mcguirewoods.com, IL54@ecfcbis.com
          Terri M Long   on behalf of Creditor   RoundPoint Mortgage Servicing Corporation Courts@tmlong.com
          Thomas W Toolis   on behalf of Debtor Linda D. Schwartz twt@jtlawllc.com, lld@jtlawllc.com;axb@jtlawllc.com;reception@jtlawllc.com

                                                                                               TOTAL: 15