**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: SCHWARTZ, LINDA D.        § Case No. 114212-HSP
                                 §
                                 §
                                 §
Debtor(s)                        §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

RICHARD J. MASON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $5,625,675.00           Assets Exempt: $205,228.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $493.52    Claims Discharged
                                            Without Payment: $0.00

Total Expenses of Administration: $18,064.12

3) Total gross receipts of $ 19,649.37 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,091.73 (see **Exhibit 2**), yielded net receipts of $18,557.64 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $3,237,913.47 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 18,064.12 | 18,064.12 | 18,064.12 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 493.52 | 493.52 | 493.52 |
| **TOTAL DISBURSEMENTS** | $0.00 | $3,256,471.11 | $18,557.64 | $18,557.64 |

4) This case was originally filed under Chapter 7 on August 22, 2011. The case was pending for 44 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/06/2015          By: /s/RICHARD J. MASON
                                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Manteno Point, Route 50, Manteno, Illinois, Trai | 1110-000 | 19,649.37 |
| **TOTAL GROSS RECEIPTS** | | **$19,649.37** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| SCHWARTZ, LINDA D. | Dividend paid 100.00% on $1,091.73; Claim# SURPLUS; Filed: $1,091.73; Reference: 8200-002 | | 0.00 |
| SCHWARTZ, LINDA D. | Dividend paid 100.00% on $1,091.73; Claim# SURPLUS; Filed: $1,091.73; Reference: 8200-002 | | 1,091.73 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,091.73** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | BMO Harris Bank, N.A. f/k/a Harris N.A. | 4110-000 | N/A | 3,237,913.47 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$3,237,913.47** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD J. MASON | 2100-000 | N/A | 2,605.76 | 2,605.76 | 2,605.76 |
| McGuireWoods LLP | 3110-000 | N/A | 12,570.00 | 12,570.00 | 12,570.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| McGuireWoods LLP | 3120-000 | N/A | 169.07 | 169.07 | 169.07 |
| Horwich Coleman Levin, LLC | 3410-000 | N/A | 2,000.00 | 2,000.00 | 2,000.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 40.21 | 40.21 | 40.21 |
| The Bank of New York Mellon | 2600-000 | N/A | 38.79 | 38.79 | 38.79 |
| The Bank of New York Mellon | 2600-000 | N/A | 44.06 | 44.06 | 44.06 |
| The Bank of New York Mellon | 2600-000 | N/A | 38.62 | 38.62 | 38.62 |
| The Bank of New York Mellon | 2600-000 | N/A | 42.54 | 42.54 | 42.54 |
| The Bank of New York Mellon | 2600-000 | N/A | 41.12 | 41.12 | 41.12 |
| The Bank of New York Mellon | 2600-000 | N/A | 37.06 | 37.06 | 37.06 |
| The Bank of New York Mellon | 2600-000 | N/A | 43.59 | 43.59 | 43.59 |
| The Bank of New York Mellon | 2600-000 | N/A | 39.54 | 39.54 | 39.54 |
| Rabobank, N.A. | 2600-000 | N/A | 21.58 | 21.58 | 21.58 |
| Rabobank, N.A. | 2600-000 | N/A | 17.80 | 17.80 | 17.80 |
| Rabobank, N.A. | 2600-000 | N/A | 15.08 | 15.08 | 15.08 |
| Rabobank, N.A. | 2600-000 | N/A | 15.60 | 15.60 | 15.60 |
| Rabobank, N.A. | 2600-000 | N/A | 17.19 | 17.19 | 17.19 |
| Rabobank, N.A. | 2600-000 | N/A | 16.63 | 16.63 | 16.63 |
| Rabobank, N.A. | 2600-000 | N/A | 14.99 | 14.99 | 14.99 |
| Rabobank, N.A. | 2600-000 | N/A | 17.65 | 17.65 | 17.65 |
| Rabobank, N.A. | 2600-000 | N/A | 16.02 | 16.02 | 16.02 |
| Rabobank, N.A. | 2600-000 | N/A | 15.46 | 15.46 | 15.46 |
| Rabobank, N.A. | 2600-000 | N/A | 17.57 | 17.57 | 17.57 |
| Rabobank, N.A. | 2600-000 | N/A | 14.89 | 14.89 | 14.89 |
| Rabobank, N.A. | 2600-000 | N/A | 14.53 | 14.53 | 14.53 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| International Sureties, LTD. | 2300-000 | N/A | 3.77 | 3.77 | 3.77 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

| | | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $18,064.12 | $18,064.12 | $18,064.12 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 491.70 | 491.70 | 491.70 |
| 1I | Discover Bank | 7990-000 | N/A | 1.82 | 1.82 | 1.82 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $493.52 | $493.52 | $493.52 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 114212-HSP  
**Case Name:** SCHWARTZ, LINDA D.  

**Trustee:** (330470)   RICHARD J. MASON  
**Filed (f) or Converted (c):** 08/22/11 (f)  
**§341(a) Meeting Date:** 09/22/11  

**Period Ending:** 05/06/15  

**Claims Bar Date:** 06/07/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 6015 Lakeside Place, #102, Tinley Park, Illinois<br>Imported from original petition Doc# 1 | 104,100.00 | 104,100.00 | | 0.00 | FA |
| 2 | 13441 Novajo Tr., Homer Glen, Illinois 60491 50%<br>Imported from original petition Doc# 1 | 285,000.00 | 285,000.00 | | 0.00 | FA |
| 3 | 12320-12330 143rd Street, Homer Glen, Illinois 6<br>Imported from original petition Doc# 1 | 930,000.00 | 930,000.00 | | 0.00 | FA |
| 4 | 5512 Wilson, Monee, Illinois 50% Owner<br>Imported from original petition Doc# 1 | 145,000.00 | 145,000.00 | | 0.00 | FA |
| 5 | 17820 Graphics Drive, Tinley Park, Illinois 6047<br>Imported from original petition Doc# 1 | 2,500,000.00 | 2,500,000.00 | | 0.00 | FA |
| 6 | 9031 Lincoln Highway, Frankfort, Illinois, Vacan<br>Imported from original petition Doc# 1 | 687,500.00 | 687,500.00 | | 0.00 | FA |
| 7 | Manteno Point, Route 50, Manteno, Illinois, Trai<br>Imported from original petition Doc# 1  (See Footnote) | 168,000.00 | 168,000.00 | | 19,649.37 | FA |
| 8 | 10700 Route 30, Frankfort, Illinois 25% Owner<br>Imported from original petition Doc# 1 | 750,000.00 | 750,000.00 | | 0.00 | FA |
| 9 | Charles Schwab<br>Imported from Amended Doc#: 9 | 700.00 | 0.00 | | 0.00 | FA |
| 10 | MB Financial - Checking<br>Imported from Amended Doc#: 9 | 300.00 | 0.00 | | 0.00 | FA |
| 11 | MB Financial - Savings<br>Imported from Amended Doc#: 9 | 2,600.00 | 0.00 | | 0.00 | FA |
| 12 | Miscellaneous Household items<br>Imported from Amended Doc#: 9 | 2,000.00 | 1,600.00 | | 0.00 | FA |
| 13 | Everyday Clothing<br>Imported from Amended Doc#: 9 | 600.00 | 0.00 | | 0.00 | FA |
| 14 | Bracelet, Watch Earrings<br>Imported from Amended Doc#: 9 | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 15 | AXA Equitable Annuity<br>Imported from Amended Doc#: 9 | 50,000.00 | 0.00 | | 0.00 | FA |
| 16 | Midwest Animal Hospital 401(k) | 600.00 | 0.00 | | 0.00 | FA |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 114212-HSP  
**Case Name:** SCHWARTZ, LINDA D.

**Trustee:** (330470)   RICHARD J. MASON  
**Filed (f) or Converted (c):** 08/22/11 (f)  
**§341(a) Meeting Date:** 09/22/11

**Period Ending:** 05/06/15

**Claims Bar Date:** 06/07/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Imported from Amended Doc#: 9 |  |  |  |  |  |
| 17 | SEP IRA<br>Imported from Amended Doc#: 9 | 130,000.00 | 0.00 |  | 0.00 | FA |
| 18 | ROTH IRA<br>Imported from Amended Doc#: 9 | 18,000.00 | 0.00 |  | 0.00 | FA |
| 19 | Network Property Management, LLC<br>Imported from Amended Doc#: 9 | 0.00 | 0.00 |  | 0.00 | FA |
| 20 | 2009 Nissan Altima<br>Imported from Amended Doc#: 9 | 17,275.00 | 15,247.00 |  | 0.00 | FA |
| 20 | **Assets**   Totals (Excluding unknown values) | **$5,793,675.00** | **$5,588,447.00** |  | **$19,649.37** | **$0.00** |

RE PROP# 7   Balance due on Agmt: $50,378.44.State and County Transfer Taxes:$300;Survey-Tyson Engineering:
$1,700.00;Seller's attorney fees -Newman, Boyer &Statham:$1,850; Owner's title
insurance:$1,200;Seller's title insurance fees:$422.00 and 2010 real estate taxes-Kankakee County
Clerk:$5,6077.69. Net amount due Seller:$39,298.75. One-half goes to the Trustee and the one-half
goes to Howard Schwartz.

**Major Activities Affecting Case Closing:**

Submitted TFR and fee applications to the UST on 12/29/14 - 01/09

Submitted TFR and fee applications to the UST on 12/29/14 - 01/09

**Initial Projected Date Of Final Report (TFR):**   May 1, 2013   **Current Projected Date Of Final Report (TFR):**   December 29, 2014

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 114212-HSP  
**Case Name:** SCHWARTZ, LINDA D.  

**Taxpayer ID #:** **-***4069  
**Period Ending:** 05/06/15

**Trustee:** RICHARD J. MASON (330470)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******32-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/23/12 | {7} | Freedom Title Corporation Escrow Settlement Account | Balance due on Agmt: $50,378.44;State and County Transfer Taxes:$300.00;Survey-$1,700.00; Seller's atty. fees-$1,850.00;Owner's title Insurance-$1,200.00;Seller's title insurance fees-$422.00;2010 real estate taxes-$5,607.69 | 1110-000 | 19,649.37 | | 19,649.37 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 19,624.37 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.21 | 19,584.16 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 38.79 | 19,545.37 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 44.06 | 19,501.31 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 38.62 | 19,462.69 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 42.54 | 19,420.15 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 41.12 | 19,379.03 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 37.06 | 19,341.97 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 43.59 | 19,298.38 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 39.54 | 19,258.84 |
| 12/13/12 | 101 | McGuire Woods, LLP | Interim Fee Application | | | 7,980.47 | 11,278.37 |
| | | | 7,970.00 | 3110-000 | | | 11,278.37 |
| | | | 10.47 | 3120-000 | | | 11,278.37 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033047088 20121220 | 9999-000 | | 11,278.37 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 19,649.37 | 19,649.37 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 11,278.37 | |
| | | | **Subtotal** | | 19,649.37 | 8,371.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$19,649.37** | **$8,371.00** | |

{} Asset reference(s)                                                                                                  Printed: 05/06/2015 12:04 PM   V.13.23

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 114212-HSP  
**Case Name:** SCHWARTZ, LINDA D.  

**Taxpayer ID #:** **-***4069  
**Period Ending:** 05/06/15  

**Trustee:** RICHARD J. MASON (330470)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4866 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 11,278.37 | | 11,278.37 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.58 | 11,256.79 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.80 | 11,238.99 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.08 | 11,223.91 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.60 | 11,208.31 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.19 | 11,191.12 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.63 | 11,174.49 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.99 | 11,159.50 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.65 | 11,141.85 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.02 | 11,125.83 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.46 | 11,110.37 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.57 | 11,092.80 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.89 | 11,077.91 |
| 12/18/13 | 10102 | McGuire Woods, LLP | Second Application for Compensation and Reimbursement of Expenses | | | 4,758.60 | 6,319.31 |
| | | | McGuireWoods LLP          4,600.00 | 3110-000 | | | 6,319.31 |
| | | | McGuireWoods LLP            158.60 | 3120-000 | | | 6,319.31 |
| 12/23/13 | 10103 | Horwich Coleman Levin, LLC | Compensation to Horwich Coleman Levin, LLC | 3410-000 | | 2,000.00 | 4,319.31 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.53 | 4,304.78 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,294.78 |
| 02/27/14 | 10104 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/27/2014 FOR CASE #11-34212, Bond # 016026455 | 2300-000 | | 3.77 | 4,291.01 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,281.01 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,271.01 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,261.01 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,251.01 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,241.01 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,231.01 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,221.01 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,211.01 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,201.01 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,191.01 |
| 03/02/15 | 10105 | RICHARD J. MASON | Dividend paid 100.00% on $2,605.76, Trustee Compensation; Reference: Voided on 03/02/15 | 2100-000 | | 2,605.76 | 1,585.25 |

Subtotals : $11,278.37   $9,693.12

{} Asset reference(s)                                       Printed: 05/06/2015 12:04 PM   V.13.23

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 114212-HSP  
**Case Name:** SCHWARTZ, LINDA D.  
**Taxpayer ID #:** **-***4069  
**Period Ending:** 05/06/15

**Trustee:** RICHARD J. MASON (330470)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4866 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/02/15 | 10105 | RICHARD J. MASON | Dividend paid 100.00% on $2,605.76, Trustee Compensation; Reference: Voided: check issued on 03/02/15 | 2100-000 | | -2,605.76 | 4,191.01 |
| 03/02/15 | 10106 | Discover Bank | Dividend paid 100.00% on $491.70; Claim# 1; Filed: $491.70; Reference: Voided on 03/02/15 | 7100-000 | | 491.70 | 3,699.31 |
| 03/02/15 | 10106 | Discover Bank | Dividend paid 100.00% on $491.70; Claim# 1; Filed: $491.70; Reference: Voided: check issued on 03/02/15 | 7100-000 | | -491.70 | 4,191.01 |
| 03/02/15 | 10107 | SCHWARTZ, LINDA D. | Dividend paid 100.00% on $1,091.73; Claim# SURPLUS; Filed: $1,091.73; Reference: Voided on 03/02/15 | 8200-002 | | 1,091.73 | 3,099.28 |
| 03/02/15 | 10107 | SCHWARTZ, LINDA D. | Dividend paid 100.00% on $1,091.73; Claim# SURPLUS; Filed: $1,091.73; Reference: Voided: check issued on 03/02/15 | 8200-002 | | -1,091.73 | 4,191.01 |
| 03/02/15 | 10108 | U.S. Bankruptcy Court | COMBINED SMALL CHECK Voided on 03/02/15 | 7990-000 | | 1.82 | 4,189.19 |
| 03/02/15 | 10108 | U.S. Bankruptcy Court | COMBINED SMALL CHECK Voided: check issued on 03/02/15 | 7990-000 | | -1.82 | 4,191.01 |
| 03/02/15 | 10109 | RICHARD J. MASON | Dividend paid 100.00% on $2,605.76, Trustee Compensation; Reference: | 2100-000 | | 2,605.76 | 1,585.25 |
| 03/02/15 | 10110 | Discover Bank | Dividend paid 100.00% on $491.70; Claim# 1; Filed: $491.70; Reference: | 7100-000 | | 491.70 | 1,093.55 |
| 03/02/15 | 10111 | Discover Bank | Dividend paid 100.00% on $1.82; Claim# 1I; Filed: $1.82; Reference: | 7990-000 | | 1.82 | 1,091.73 |
| 03/02/15 | 10112 | SCHWARTZ, LINDA D. | Dividend paid 100.00% on $1,091.73; Claim# SURPLUS; Filed: $1,091.73; Reference: | 8200-002 | | 1,091.73 | 0.00 |

|  |  |  |
|---|---:|---:|
| **ACCOUNT TOTALS** | 11,278.37 | 11,278.37 | $0.00
| Less: Bank Transfers | 11,278.37 | 0.00 |
| **Subtotal** | 0.00 | 11,278.37 |
| Less: Payments to Debtors | | 1,091.73 |
| **NET Receipts / Disbursements** | **$0.00** | **$10,186.64** |

{} Asset reference(s)

Printed: 05/06/2015 12:04 PM   V.13.23

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 114212-HSP | | Trustee: | RICHARD J. MASON (330470) |
| --- | --- | --- | --- | --- |
| Case Name: | SCHWARTZ, LINDA D. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******4866 - Checking Account |
| Taxpayer ID #: | **-***4069 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 05/06/15 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |

| | TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| --- | --- | --- | --- | --- |
| | Checking # ****-******32-66 | 19,649.37 | 8,371.00 | 0.00 |
| | Checking # ******4866 | 0.00 | 10,186.64 | 0.00 |
| | | $19,649.37 | $18,557.64 | $0.00 |

{} Asset reference(s)

Printed: 05/06/2015 12:04 PM    V.13.23